

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00218-CV

DONICE WILLIAMS                                                                 APPELLANT

V.

WALTER RAY WILLIAMS                                                             APPELLEE

----------

## FROM THE 360TH DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 360-551889-14

----------

## MEMORANDUM OPINION[1]

----------

Appellant Donice Williams attempts to appeal from the trial court's order denying her motion for summary judgment. On July 14, 2015, we notified appellant of our concern that we lacked jurisdiction over the appeal because the order did not appear to be final or to be an appealable interlocutory order. *See* Tex. R. App. P. 42.3(a); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex.

---

[1]*See* Tex. R. App. P. 47.4.

2001). We informed her that her appeal was subject to dismissal for want of jurisdiction unless she or any party desiring to continue the appeal filed with the court, on or before July 24, 2015, a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a), 44.3. No response has been filed. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED: August 20, 2015